# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

EP WALLACE,

        Petitioner,

    -vs-                                      **Case No. 13-C-439**

LIZZIE TEGELS,
**Warden, Jackson Correctional Institution,**

        Respondent.

## DECISION AND ORDER

EP Wallace petitions for relief under 28 U.S.C. § 2254. This petition is second or successive to an action that was already dismissed on the merits and affirmed on direct appeal. *Wallace v. Hepp*, Case No. 12-C-360 (E.D. Wis.). Therefore, this matter is **DISMISSED** for lack of jurisdiction. § 2244(b)(3)(A). The Court will not issue a certificate of appealability. Rule 11(a), Rules Governing Section 2254 Cases.

Dated at Milwaukee, Wisconsin, this 8th day of May, 2013.

                                  **BY THE COURT:**

                                  _____

                                  **HON. RUDOLPH T. RANDA**
                                  **U.S. District Judge**